UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| BRANDI BERKHALTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 1:22-cv-00124-HAB-SLC |
| | ) | |
| APERION CARE ANGOLA, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT NOTICE OF SETTLEMENT AND MOTION TO VACATE
DEADLINES AND SET DEADLINE FOR STIPULATION OF DISMISSAL**

Pursuant to Northern District of Indiana Local Rule 16-1(g), the parties hereby jointly notify the Court they have reached an informal resolution of this matter. The parties jointly request the Court vacate all pending deadlines and the status conference currently set for August 31, 2022. The parties jointly request the Court set a deadline of August 31, 2022, for the parties to file a Stipulation of Dismissal.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| */s/ Ilene M. Smith (with permission)* | */s/ Craig W. Wiley* |
| Christopher C. Myers | Craig W. Wiley |
| Ilene M. Smith | Caitlin S. Schroeder |
| MYERS SMITH WALLACE, LLP | JACKSON LEWIS P.C. |
| 809 South Calhoun Street | 211 North Pennsylvania Street |
| Suite 400 | Suite 1700 |
| Fort Wayne, IN  46802 | Indianapolis, IN 46204 |
| Tel: (260) 424-0600 | Tel: (317) 489-6930 |
| Fax: (260) 424-0712 | Fax: (317) 489-6931 |
| *cmyers@myers-law.com* | *craig.wiley@jacksonlewis.com* |
| *ismith@myers-law.com* | *caitlin.schroeder@jacksonlewis.com* |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant,* |
| *Brandi Berkhalter* | *Aperion Care Angola, LLC* |

## **CERTIFICATE OF SERVICE**

    I hereby certify that on August 3, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Christopher C. Myers  
Ilene M. Smith  
MYERS SMITH WALLACE, LLP  
809 South Calhoun Street  
Suite 400  
Fort Wayne, IN 46802  
*cmyers@myers-law.com*  
*ismith@myers-law.com*  

                                          */s/ Craig W. Wiley*  
                                          Craig W. Wiley

4872-5433-5789, v. 1