**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| BRANDI BERKHALTER | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 1:22-cv-00124-HAB-SLC |
| v. | ) |
| | ) |
| APERION CARE ANGOLA, INC | ) |
| | ) |
| Defendant. | ) |

**STIPULATION TO DISMISS WITH PREJUDICE**

COMES NOW the parties, by their respective counsel, and hereby stipulate and agree that this matter and all claims asserted in this matter, shall be dismissed with prejudice. All parties to bear their own fees and costs.

Respectfully Submitted,

 _/s/ Christopher C. Myers_
Christopher C. Myers, #10043-02
809 S. Calhoun Street, Suite 400
Fort Wayne, IN 46802
*Counsel for Plaintiff*

 _/s/ Caitlin S. Schroeder_
Caitlin S. Schroeder, # 30121-45
Craig W. Wiley
Jackson Lewis P.C.
211 North Pennsylvania Street, Suite 1700
Indianapolis, Indiana 46204
*Counsel for Defendant*

–1–

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on 6th day of September 2022, I electronically filed the following with the Clerk of the Court using CM/ECF system, if Registered Users, or by depositing the foregoing document in the U.S. mail, first class, postage prepaid, if exempt or non-registered user.

Caitlin S. Schroeder, # 30121-45
Craig W. Wiley
Jackson Lewis P.C.
211 North Pennsylvania Street, Suite 1700
Indianapolis, Indiana 46204
*Counsel for Defendant Counsel for Defendant*

   */s/ Christopher C. Myers*_____
            Christopher C. Myers